Nicole Lavallee (SBN 165755)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com

Philip M. Black (SBN 308619)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email: pblack@wolfpopper.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| YUAN CHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., DAVID RISHER, and ERIN BREWER,<br><br>Defendants. | No.: 3:24-cv-01330-TLT<br><br><u>CLASS ACTION</u><br><br>**MEMORANDUM IN FURTHER SUPPORT OF MOTION BY YUAN CHEN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**<br><br>Date: July 30, 2024<br>Time: 2:00 p.m.<br>Dept.: 9 – 19th Floor<br>Judge: Hon. Trina L. Thompson |

[No. 3:24-cv-01330-TLT] MEMORANDUM IN FURTHER SUPPORT OF MOTION BY YUAN CHEN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

On May 6, 2024, movant Yuan Chen filed a Motion for Appointment as Lead Plaintiff and Approval of Counsel, stating that he had suffered a financial loss of $36,362.50, in connection with his purchases of Lyft, Inc. ("Lyft") common shares on a U.S. open market during the class period February 13, 2024 at 4:05 p.m. through February 13, 2024 at 4:51 p.m. (the "Class Period") (ECF No. 17).  No other lead plaintiff motions were filed.

Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class and who satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff."  15 U.S.C. §78u-4(a)(3)(B)(iii).

As Yuan Chen's pending motion is unopposed, Yuan Chen respectfully requests that the Court issue an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the PSLRA: (1) appointing Yuan Chen as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired common stock of Lyft on the open market during the Class Period; (2) approving Lead Plaintiff's selection of Wolf Popper LLP as Lead Counsel for the Class and Berman Tabacco as Liaison Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper.

Dated: May 21, 2024

Respectfully submitted,

**BERMAN TABACCO**

By:    */s/ Nicole Lavallee*
      Nicole Lavallee

425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com

*Counsel for Movant Yuan Chen and Proposed Liaison Counsel for the Class*

[No.: 3:24-cv-01330-TLT] MEMORANDUM IN FURTHER SUPPORT OF MOTION BY YUAN CHEN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL                                                                                                                           1

Philip M. Black (SBN 308619)
**WOLF POPPER LLP**
pblack@wolfpopper.com
845 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 759-4600

*Counsel for Movant Yuan Chen and Proposed Lead Counsel for the Class*