Nicole Lavallee (SBN 165755)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com

Philip M. Black (SBN 308619)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email: pblack@wolfpopper.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| YUAN CHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., DAVID RISHER, and ERIN BREWER,<br><br>Defendants. | No.: 3:24-cv-01330-TLT<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL**<br><br>Date:   July 30, 2024<br>Time:   2:00 p.m.<br>Dept.:  9 – 19th Floor<br>Judge:  Hon. Trina L. Thompson |

[No.: 3:24-cv-01330-TLT] [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL

WHEREAS, in accordance with the provisions of Section 21D(a)(3)(A)(i) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(A)(i), as amended by the Private Securities Litigation Reform Act of 1995, notice of the lead plaintiff deadline was published in *Globe Newswire*, a widely circulated national business-oriented wire service, advising Class members of the pendency of the class action, the claims asserted therein, the purported class period, and their right to move this Court to be appointed lead plaintiff;

WHEREAS, pursuant to Section 21D of the Securities Exchange Act of 1934, any purported Class member desired to be appointed Lead Plaintiff was required to have filed a motion for such appointment by May 6, 2024;

WHEREAS, on May 6, 2024, movant Yuan Chen ("Chen"), filed a timely motion for appointment as Lead Plaintiff and approval of selection of Lead Counsel and Liaison Counsel;

WHEREAS, Chen's motion is unopposed;

**IT IS HEREBY ORDERED THAT:**

1.      Chen's Motion is **GRANTED**;

2.      Chen is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in this action;

3.      Chen's selection of Lead Counsel is **APPROVED**, and Wolf Popper LLP is **APPOINTED** as Lead Counsel and Berman Tabacco is **APPOINTED** as Liaison Counsel for the Class in this action.

**IT IS SO ORDERED.**

Dated: _____, 2024          _____

HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

[No.: 3:24-cv-01330-TLT] [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL                                                      1