Nicole Lavallee (SBN 165755)
Jeffrey V. Rocha (SBN 304852)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        jrocha@bermantabacco.com

*Liaison Counsel for Lead Plaintiff and the Putative Class*

Philip M. Black (SBN 308619)
Robert C. Finkel (*Admitted Pro Hac Vice*)
Zilong ("Terrence") Zhang (*Admitted Pro Hac Vice*)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email:  pblack@wolfpopper.com
        rfinkel@wolfpopper.com
        tzhang@wolfpopper.com

*Lead Counsel for Lead Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| YUAN CHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., DAVID RISHER, and ERIN BREWER,<br><br>Defendants. | No. 3:24-cv-01330-TLT<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br>Location: Courtroom 9 – 19th Floor<br>Judge:  Hon. Trina L. Thompson |

[No.: 3:24-cv-01330-TLT] PLAINTIFF'S STATEMENT OF RECENT DECISION

**TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:**

Plaintiff respectfully submits this Statement of Recent Decision pursuant to Civil Local Rule 7-3(d)(2) in connection with proceedings before this Court regarding Defendants' pending Motion to Dismiss Plaintiff's First Amended Complaint, filed on September 13, 2024 (ECF No. 48), which will be heard January 14, 2025 at 2:00 p.m.

Attached as **Exhibit A** is a true and correct copy of the Memorandum issued by the Ninth Circuit in *Oklahoma Firefighters Pension & Ret. Sys. v. Snap Inc.,* No. 23-3932, 2024 WL 5182634 (9th Cir. Dec. 20, 2024).

Dated: January 2, 2025                    Respectfully submitted,

Nicole Lavallee (SBN 165755)
Jeffrey V. Rocha (SBN 304852)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        jrocha@bermantabaacco.com

*Liaison Counsel for Plaintiff and the Putative Class*

**WOLF POPPER LLP**

By:    */s/ Robert C. Finkel*
        Robert C. Finkel (Admitted *Pro Hac Vice*)

Philip M. Black (SBN 308619)
Robert C. Finkel (Admitted *Pro Hac Vice*)
Zilong ("Terrence") Zhang (Admitted *Pro Hac Vice*)
845 Third Avenue, 12th Floor
New York, NY 10022
Telephone: (212) 759-4600
Email: pblack@wolfpopper.com
        rfinkel@wolfpopper.com
        tzhang@wolfpopper.com

*Lead Counsel for Plaintiff and the Putative Class*